J.R. *v.* COMMISSIONER OF CORRECTION

The petitioner J. R.'s petition for certification for appeal from the Appellate Court, 105 Conn. App. 827 (AC 27487), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided April 2, 2008